# Court of Appeals
# of the State of Georgia

ATLANTA, __September 02, 2015__

*The Court of Appeals hereby passes the following order:*

**A16E0004.  SOLTECH, INC. v. SCANTECH HOLDINGS, LLC, et al.**

Soltech, Inc. ("Soltech") has filed an out-of-time emergency motion for an extension of time to file an application for interlocutory review of the superior court's order dated June 23, 2015.  We returned as unfiled Soltech's prior interlocutory application because its certificate of service did not indicate that service had been made by United States Postal Service, as required by Court of Appeals Rule 6.  Soltech asserts that its counsel "did not see" the e-mail returning the prior application because of computer problems and that counsel did not realize for more than one month that the prior application had been returned.

Court of Appeals Rule 30 (g) provides that "[n]o extension of time shall be granted for filing of interlocutory applications or responses to interlocutory applications."  Consequently, Soltech's motion is DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __09/02/2015__
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*